Winslow Boiler & Engineering Company, appellee, v. Vincent C. Gallagher, appellant. Gen. No. 30,756.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926. Rehearing denied June 7, 1926.

Maurice H. Daniels, for appellant. Urion, Drucker, Reichmann & Boutell, for appellee; Jerome J. Sladkey and William B. Gemmill, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Julius Laskey and Samuel Laskey, trading as Fidelity Acceptance Company, appellees, v. Alfio Murabito, appellant. Gen. No. 30,489.

Action upon contract. Order denying motion to vacate judgment by confession. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Webster, Holmes & Holmgren, for appellant; Elmer N. Holmgren, of counsel. Jacob G. Grossberg and Julius L. Kabaker, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

James C. Davis, director general of railroads and Federal agent of Grand Trunk Western Railway Company, appellee, v. American Coal & Supply Company, appellant. Gen. No. 30,499.

Action upon contract of carriage. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Edward D. Pomeroy and Henry T. Martin, for appellant. Kretzinger, Kretzinger & Smith, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

J. S. Kelly, plaintiff and appellee, v. Benjamin Kugler and Jerome S. Breakstone, defendants, on appeal of Jerome S. Breakstone, appellant. Gen. No. 30,511.

Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. S. Miller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed May 25, 1926.

Louis S. Cohn, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.